**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey James Faulkner, | No. CV-20-01603-PHX-DLR (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion of Arizona, et al., | |
| Defendants. | |

The Court has considered Defendants Centurion of Arizona, LLC, Donna Mendoza, Tiffany Miller, Renae Furar, Marie DeMello, Karen Lamar, and Angela Nze's Motion for Extension to File Dispositive Motions (Doc. 45).  Good cause appearing,

IT IS ORDERED granting the Motion for Extension to File Dispositive Motions (Doc. 45).  The deadline to file dispositive motions is extended to **August 20, 2021**.

Dated this 5th day of August, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge