**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey James Faulkner, | No. CV-20-01603-PHX-DLR (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion of Arizona, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion for Extension to File Reply in Support of Motion for Summary Judgment (Doc. 60). Good cause appearing,

IT IS ORDERED granting the Motion for Extension to File Reply in Support of Motion for Summary Judgment (Doc. 60). Defendants shall file their reply to their Motion for Summary Judgment (Doc. 47) no later than **October 29, 2021**.

Dated this 22nd day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge